United States District Court
Northern District of California

1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10  SAN JOSE DIVISION
11
12  MICHAEL COMMISKEY,                    Case No. 16-CV-01497-LHK
13            Plaintiff,
                                          **ORDER DIRECTING PARTIES TO
14       v.                               FILE UPDATED JOINT CASE
                                          MANAGEMENT STATEMENT**
15  EQUIFAX, INC., et al.,
16            Defendants.
17

18       On June 15, 2016, Defendants SunTrust Mortgage, Inc. ("SunTrust"); Homeward

19  Residential, Inc. ("Homeward"); Wells Fargo, N.A. ("Wells Fargo"); and Equifax, Inc.

20  ("Equifax") filed a case management statement in advance of the June 22, 2016 initial case

21  management conference. ECF No. 45. The statement, however, fails to comply with Civil Local

22  Rule 16-9, the rule governing the filing of joint case management statements.

23       Specifically, the case management statement at issue was filed unilaterally, without

24  participation from Plaintiff or from the remaining Defendants in this action—PNC Bank, National

25  Association ("PNC") and Pacific Credit Services, Inc. ("PCS"). From the Court's review of the

26  record, a summons was issued as to all Defendants on March 29, 2016, ECF No. 5, but it appears

27  that neither PNC nor PCS have yet been served.

28
1
Case No. 16-CV-01497-LHK
ORDER DIRECTING PARTIES TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT

Defendants' case management statement also fails to specify any proposed dates for fact discovery, expert discovery, the filing of dispositive motions, the pretrial conference, or trial.

Accordingly, the Court ORDERS the parties to file an updated joint case management statement by June 20, 2016, at 10 a.m.  This statement should:

- Reflect the input of both Plaintiff and all Defendants who have been served.
- Specify whether PNC and PCS have been served.  If PNC and PCS have not been served, Plaintiff must state when PNC and PCS will be served.
- Include proposed deadlines for the completion of fact and expert discovery, the filing of dispositive motions, the final pretrial conference, and trial.
- Indicate whether Homeward's pending motion to dismiss, ECF No. 26, is now moot because, according to Homeward, the parties have settled Plaintiff's claims as to Homeward, ECF No. 45 at 7.

**IT IS SO ORDERED.**

Dated:  June 16, 2016.

_Lucy H. Koh_
LUCY H. KOH
United States District Judge