UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL COMMISKEY,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., et al.,<br><br>        Defendants. | Case No. 16-CV-01497-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elliot Gale
Defendant Equifax, Inc.'s Attorney: Thomas Quinn
Defendant Wells Fargo N.A.'s Attorney: Gregory Huber
Defendant SunTrust Mortgage, Inc.'s Attorney: Bryan Leifer
Defendant Homeward Residential, Inc.'s Attorney: Bernard Kornberg

    An initial case management conference was held on June 22, 2016.  A further case management conference is set for August 11, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by August 4, 2016.

    The parties shall file a certificate of service as to Defendant PNC Bank, National Association by June 29, 2016.

    The parties shall file their stipulations of dismissal as to Defendants Equifax, Inc. and Homeward Residential, Inc. by July 6, 2016.

    The Court set the following case schedule:

1

Case No. 16-CV-01497-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Deadline to Exchange Initial Disclosures | June 22, 2016 |
| Last Day to Amend the Pleadings/Add Parties | September 19, 2016 |
| Close of Fact Discovery | January 17, 2017 |
| Opening Expert Reports | January 31, 2017 |
| Rebuttal Expert Reports | February 14, 2017 |
| Close of Expert Discovery | March 16, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | April 13, 2017 |
| Hearing on Dispositive Motions | June 1, 2017, at 1:30 p.m. |
| Final Pretrial Conference | August 10, 2017, at 1:30 p.m. |
| Jury Trial | August 28, 2017, at 9:00 a.m. |
| Length of Trial | 1 day |

**IT IS SO ORDERED.**

Dated:  June 22, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 16-CV-01497-LHK
CASE MANAGEMENT ORDER

2