United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL COMMISKEY,<br><br>          Plaintiff,<br><br>     v.<br><br>WELLS FARGO DEALER SERVICES, INC., et al.,<br><br>          Defendants. | Case No. 16-CV-01497-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for August 11, 2016, at 1:30 p.m., as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by August 9, 2016, at 6:00 p.m.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 16-CV-01497-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT